**Order entered June 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01075-CR

**FRANCISCO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-35119-S**

## ORDER

Before the Court is appellant's June 13, 2019 motion to extend time to file his reply brief.

We **GRANT** the motion. Appellant's reply brief shall be due on or before June 24, 2019.

/s/     BILL PEDERSEN, III
         JUSTICE